# EXHIBIT D

directions from 12500 TI blvd dallas to 1100 commerce st dallas - Google Search
Case 6:23-cv-00384-ADA   Document 40-6   Filed 12/20/23   Page 2 of 2
12/20/23, 7:18 AM

| | directions from 12500 TI blvd dallas to 1100 commerce | | | | | | | | | | | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Maps  Perspectives  Shopping  Images  Videos  News  Books  Flights  Finance   All filters   Tools   SafeSearch

About 232,000 results (0.47 seconds)

○ 12500 T I Blvd, Dallas, TX 75243

◉ 1100 Commerce St, Farmers Branch, TX 75242



Map data ©2023 Google

**13 min** (7.4 mi) via I-635 W

Directions

14 min (6.2 mi) via Forest Ln

14 min (6.8 mi) via Forest Ln and I-635 W

---

 MapQuest
https://www.mapquest.com › directions › q=1100 Co... :

### Directions to 1100 Commerce St, Dallas, TX

Driving **Directions** to **1100 Commerce St**, **Dallas**, TX including **road** conditions, live traffic updates, and reviews of local businesses along the way.
Missing: ~~12500~~ ~~TI~~ ~~blvd~~

 Waze
https://www.waze.com › live-map › directions › dallas :

### Driving directions to Earle Cabell Federal Building, 1100 ...

Realtime driving **directions** to Earle Cabell Federal Building, **1100 Commerce St**, **Dallas**, based on live traffic updates and **road** conditions – from Waze fellow ...
Missing: ~~12500~~ ~~TI~~

 MapQuest
https://www.mapquest.com › dallas › 1100-commerce... :

### 1100 Commerce St, Dallas, TX

View detailed information and reviews for **1100 Commerce St** in **Dallas**, TX and get driving **directions** with **road** conditions and live traffic updates along the way.
Missing: ~~12500~~ ~~TI~~