UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., *Plaintiff*, v. TEXAS INSTRUMENTS INCORPORATED, *Defendant*. | Case No. 6:23-cv-00384-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

THIS MATTER came before the Court on the Motion to Transfer to the United States District Court for the Northern District of Texas, Dallas Division (the "Motion") by Defendant Texas Instruments Incorporated ("TI"). Having reviewed and considered TI's Motion, the pleadings and papers of record, and the controlling legal authority, the Motion is GRANTED. As soon as practicable, the Clerk of the Court shall take all actions necessary to effectuate transfer of this matter to the United States District Court for the Northern District of Texas, Dallas Division.

It is so ORDERED

Dated this _____ day of _____, 2024

_____

U.S. District Judge Alan Albright