IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PARKERVISION, INC.,** | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL NO. 6:23-CV-00384-ADA |
| **TEXAS INSTRUMENTS INCORPORATED.,** | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF SPECIAL MASTER

Before the Court is the "SPECIAL MASTERS REPORT AND RECOMMENDATION REGARDING CLAIM CONSTRUCTION" dated October 21, 2024. ECF No. 63. Defendant filed objections to the Order (ECF No. 65).

The Court has conducted a *de novo* review of the reasoning provided in the Order, the underlying claim construction briefing, and the Defendant's objections, the Court agrees with the conclusions set forth in the Order and finds the Defendant's objections unpersuasive. Accordingly, the Court **OVERRULES** the objections in ECF No. 65; and **ADOPTS** the Special Master's Order.

**So ORDERED and SIGNED** this 26th day of November 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE