# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br>                 Plaintiff, <br><br>     v. <br><br> REALTEK SEMICONDUCTOR CORP., <br><br>                Defendant. | Case No. 6:22-CV-01162-ADA <br><br> JURY TRIAL DEMANDED |
| PARKERVISION, INC., <br>                 Plaintiff, <br><br>     v. <br><br> REALTEK SEMICONDUCTOR CORP., <br><br>                Defendant. | Case No. 6:23-CV-00374-ADA <br><br> JURY TRIAL DEMANDED |
| PARKERVISION, INC., <br> Plaintiff, <br><br> v. <br><br> MEDIATEK INC. AND MEDIATEK USA INC. <br><br> Defendants. | Case No. 6:22-CV-01163-ADA <br><br> JURY TRIAL DEMANDED |
| PARKERVISION, INC., <br> Plaintiff, <br><br> v. <br><br> NXP SEMICONDUCTORS N.V., NXP B.V., NXP USA, INC. D/B/A NXP SEMICONDUCTORS USA, INC. <br><br> Defendant. | Case No. 6:23-CV-00389-ADA <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| PARKERVISION, INC.,<br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED,<br><br>Defendant. | Case No. 6:23-CV-00384-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER ON APRIL 3, 2025 DISCOVERY ORDER

On April 3, 2025, the Court held a discovery hearing in the above-captioned matter. The case was called for the hearing, counsel for all Defendant's appeared, and counsel for Plaintiff failed to appear. The Court addressed the issues raised in the Pending Dispute document submitted by the parties and made the following rulings on the record:

1. ParkerVision is **ORDERED** to provide **by 5:00 p.m., Monday, April 7, 2025**, a general description, grouped by bates-numbers, of what is included in the approximately 10,000 documents produced within the last week.

2. Texas Instruments is **ORDERED** to email Chambers the updated "Missing Production Volumes" spreadsheet **by 5:00 p.m. on April 4, 2025**. The Court will evaluate the chart upon receipt.

3. ParkerVision and Realtek are **ORDERED** to meet-and-confer and provide the Court a new Scheduling Order for Case No. 6:22-cv-01162, based on **a January 12, 2026 trial date**.

4. ParkerVision is **ORDERED** to provide **by 5:00 p.m., Monday, April 7, 2025** a list of search terms it used to identify the D2D and DRP documents so that TII can locate those documents within ParkerVision's productions.

5. ParkerVision is **ORDERED** to provide **by 5:00 p.m., Monday, April 7, 2025** a

certification that it has conducted a reasonable search for relevant documents and that its document production is complete. Such certification shall include confirmation of a reasonable search for and completion of production of documents from the Rockwell RF100 subpoena in the Intel case.

6. ParkerVision is **ORDERED** to produce Mr. Parker for his 30(b)(1) and 30(b)(6) deposition in the TI case on consecutive days.

7. It is **ORDERED** that Texas Instruments is permitted to provide to its *Inter Partes* Review counsel (IPR counsel) a copy of pages 1, 2, & 14-21 from Plaintiff's Supplemental Objections and Responses to Defendants First Set of Interrogatories (1-6) in the *ParkerVision, Inc. v. Qualcomm Inc. et al*., Case No. 6:14-CV-00687 (M.D. Fla.) case. IPR counsel for Texas Instruments is **ORDERED** to maintain the that document as "Confidential Outside Attorneys' Eyes Only" under the current Protective Order. Texas Instrument is **ORDERED** to meet-and-confer with ParkerVision regarding use of that document in any discovery related to the *inter partes* review.

**SIGNED** this 3rd day of April, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE