**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| PARKERVISION, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br><br>                    Defendant. | Case No. 6:22-CV-01162-ADA<br><br>JURY TRIAL DEMANDED |
| PARKERVISION, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br><br>                    Defendant. | Case No. 6:23-CV-00374-ADA<br><br>JURY TRIAL DEMANDED |
| PARKERVISION, INC.,<br>Plaintiff,<br><br>v.<br><br>MEDIATEK INC. AND MEDIATEK USA INC.<br><br>Defendants. | Case No. 6:22-CV-01163-ADA<br><br>JURY TRIAL DEMANDED |
| PARKERVISION, INC.,<br>Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., NXP USA, INC. D/B/A NXP SEMICONDUCTORS USA, INC.<br><br>Defendant. | Case No. 6:23-CV-00389-ADA<br><br>JURY TRIAL DEMANDED |

PARKERVISION, INC.,
Plaintiff,

v.

TEXAS INSTRUMENTS INCORPORATED,

Defendant.

Case No. 6:23-CV-00384-ADA

JURY TRIAL DEMANDED

## ORDER ON MAY 2, 2025 DISCOVERY HEARING

On May 2, 2025, the Court held a discovery hearing in the above-captioned matters. The Court addressed the issues raised in the Pending Dispute document submitted by the parties and made the following rulings on the record:

1.      Realtek's objections to Rule 30(b)(6) Topic No. 50 are **OVERRULED** and Realtek is **ORDERED** to make a witness available to discuss the agreements between Realtek and manufacturers, as stated in Topic No. 50.

2.      Realtek's objections to Rule 30(b)(6) Topic No. 75 are **OVERRULED** as to the non-privilege based objections, and Realtek is **ORDERED** to make a witness available for Topic No. 75. To the extent a privilege issue arises at the deposition, Realtek may object at the appropriate time.

3.      Realtek is **ORDERED** to supplement its Responses to Interrogatory Nos. 24 and 25 with one example of how the variable values can be calculated on or before **May 6, 2025 at 5:00 P.M. CDT**.

4.      NXP is **ORDERED** to confirm it has produced all sales data for accused products that are sold to distributors and end up in the United States on, or before, **May 6, 2025 at 5:00 P.M. CDT.**

5.      TI's request to submit documents designated under the protective order in the '177 Patent IPR is **GRANTED** provided that the documents can be treated with a similar level of confidentiality in the IPR as the district court litigation.

6.      ParkerVision is **ORDERED** to produce production volumes PV019 and PV041 to TI on, or before, **May 7, 2025 at 5:00 P.M. CDT**, and the production cover letter shall state what volumes are being produced.

7.      ParkerVision is **ORDERED** to produce the trial exhibits identified by TI on, or before, **May 9, 2025 at 12:00 P.M. CDT.**  A failure to do so could result in discovery sanctions.

8.      ParkerVision is **ORDERED** to withdraw the subpoena, without prejudice to filing a motion seeking leave to serve a subpoena after the deadline.

9.      There will be no discovery hearing on May 9, 2025.

**SIGNED** this 5th day of May, 2025.


DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE