# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PARKERVISION, INC.,**  *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 6:23-CV-00384-ADA |
| **TEXAS INSTRUMENTS INCORPORATED,**  *Defendant,* | § § § § | |

## ORDER SETTING DISCOVERY HEARING HELD IN PERSON

IT IS ORDERED that the above entitled and numbered case is SET for a DISCOVERY HEARING IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, May 15, 2025 at 03:00 PM (1 hour time block) for purposes of limited referral before the Honorable Derek T. Gilliland. Parties are to inform the Court by Tuesday, May 13, 2025 at 5pm of all pending discovery disputed to be raised at the hearing by emailing the Law Clerk at: txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. Any party that does not email a discovery dispute to agrue does not need to be present at the hearing.

SIGNED this 12th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE