# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| **PARKERVISION, INC.** | § § | | |
| vs. | § § § | NO: | WA:23-CV-00384-ADA |
| **TEXAS INSTRUMENTS INCORPORATED** *Defendant* | § | | |

## ORDER SETTING DISCOVERY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Friday, May 30, 2025 at 02:00 PM (1 hour time block) for purposes of limited referral before the Honorable Derek T. Gilliland. Parties are to inform the Court by Wednesday, May 28, 2025 at 5pm of all pending discovery disputes to be raised at the hearing by emailing the Law Clerk at:

txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov. Any party that does not email a discovery dispute to agrue does not need to be present at the hearing.

**IT IS SO ORDERED** this **20th day of May, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE