# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC. § | |
| § | |
| § | |
| v. § | Case No. 6:23-CV-00384-ADA |
| § | |
| TEXAS INSTRUMENTS INCORPORATED § | |

## ORDER GRANTING MOTION TO STAY

Before the Court is Plaintiff ParkerVision, Inc.'s and Defendant Texas Instruments Incorporated's (collectively, the "Parties") joint motion to stay all deadlines in this case upon the close of fact discovery, May 30, 2025, until after the PTAB issues Final Written Decisions in the IPR Proceedings on the Asserted Patents. Having considered the Motion and the good cause shown, the Court finds it should be and is hereby **GRANTED**.

It is therefore, **ORDERED** that:

1. Upon the close of discovery on May 30, 2025, this matter is hereby stayed pending the issuance of the last final written decision from the PTAB in IPR2024-00934, IPR2024-00935 and IPR2024-00936.

2. Within 30 days after the issuance of the last Final Written Decision from the PTAB, the Parties shall submit a joint status report to the Court advising of the status of the case, as well as any subsequent steps taken to appeal any decision of the PTAB.

3. If one or more of the Asserted Claims from one or more of the Asserted Patents survive IPR review, then, upon appropriate motion, the stay will be lifted and the case will proceed beginning at expert reports with respect to the surviving Asserted Claim(s) of

the Asserted Patent(s) notwithstanding any potential appeal of the PTAB's decisions. Any other claims of the Asserted Patents that do not survive the process will, upon appropriate motion, be severed from this case and stayed pending appeal. Should none of the Asserted Claims survive the IPR process, then the case will remain stayed pending any appeal to the Federal Circuit.

**SIGNED** this 29th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE