UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § § | |
| vs. | § § § | NO:  WA:23-CV-00384-ADA |
| TEXAS INSTRUMENTS INCORPORATED, TEXAS INSTRUMENTS INCORPORATED, PARKERVISION, INC., MICHAEL BULTMAN, ROBERT W. COOK, CHARLE D. MOSES<br>*Defendant* | § | |

# ORDER CANCELLING DISCOVERY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set in error for DISCOVERY HEARING HELD IN PERSON, on June 27, 2025 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **30th day of June, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE