**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| PARKERVISION, INC., | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:23-CV-00384-ADA |
| TEXAS INSTRUMENTS INCORPORATED, | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order Granting Motion to Stay (Dkt. 134), Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Texas Instruments Incorporated ("TI") (collectively, the "Parties") respectfully submit this Joint Status Report.

On May 29, 2025, the Court stayed this action upon the close of fact discovery pending the issuance of the last Final Written Decision ("FWD") from the Patent Trial and Appeal Board ("PTAB") in IPR2024-00934, IPR2024-00935, and IPR2024-00936. Dkt. 134 ¶ 1. The Court further ordered the Parties to file a joint status report within 30 days after the issuance of the last FWD, "advising of the status of the case, as well as any subsequent steps taken to appeal any decision of the PTAB." *Id.* ¶ 2.

The PTAB has now issued the last of the FWDs. On May 22, 2026, the PTAB issued FWDs in IPR2024-00935 and IPR2024-00936. The Parties submit this report within 30 days of those decisions.

## I. Status of the Inter Partes Review Proceedings

As set forth in TI's prior Notice of Inter Partes Review Extensions and Status Update (Dkt. 143), on November 21, 2025, the PTAB issued a Final Written Decision in IPR2024-00934, which concerns U.S. Patent No. 7,496,342 (the "'342 Patent"). The PTAB held Claims 19–21 of the '342 Patent unpatentable and noted that ParkerVision had filed a statutory disclaimer of Claims 18, 22, and 23 pursuant to 35 U.S.C. § 253(a) and 37 C.F.R. § 1.321(a). All Asserted Claims of the '342 Patent have therefore been disclaimed or found unpatentable.

On May 22, 2026, the PTAB issued a Final Written Decision in IPR2024-00935, which concerns U.S. Patent No. 7,865,177 (the "'177 Patent"). The PTAB held Claim 14—the sole challenged claim and the only Asserted Claim of the '177 Patent in this case—unpatentable. All Asserted Claims of the '177 Patent have therefore been found unpatentable.

Also on May 22, 2026, the PTAB issued a Final Written Decision in IPR2024-00936, which concerns U.S. Patent No. 9,118,528 (the "'528 Patent"). The PTAB held Claims 1–5, 8, 9, 11–23, 26, 27, and 29–36 of the '528 Patent unpatentable. All Asserted Claims of the '528 Patent have therefore been found unpatentable.

Accordingly, every Asserted Claim of every Asserted Patent in this case has been disclaimed or found unpatentable by the PTAB. Per the order staying this case, "the case will remain stayed pending any appeal to the Federal Circuit." Dkt. 134 ¶ 3.

## II. Status of Appeals

On May 20, 2026, ParkerVision filed a Notice of Appeal of the Final Written Decision in IPR2024-00934 (the '342 Patent) to the United States Court of Appeals for the Federal Circuit.

ParkerVision intends to appeal the Final Written Decisions in IPR2024-00935 (the '177 Patent) and IPR2024-00936 (the '528 Patent).

## III. Conclusion

The Parties respectfully submit this Joint Status Report in compliance with the Court's May 29, 2025 Order. The Parties remain available to address any further questions the Court may have.

Dated: June 18, 2026

Respectfully submitted,

TEXAS INSTRUMENTS INCORPORATED

*/s/ Garland T. Stephens by permission Andrea L. Fair*

Garland Stephens
Texas State Bar No. 24053910
garland@bluepeak.law
Richard Koehl
Texas State Bar No. 24115754
richard@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

Robert Magee (admitted *pro hac vice*)
robert@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: (281) 972-3036

Anna Dwyer (admitted *pro hac vice*)
anna@bluepeak.law
BLUE PEAK LAW GROUP LLP
PO Box 20006
New York, NY 10025
Telephone: (281) 972-3036

Amanda Aline Abraham
Texas State Bar No. 24055077

Respectfully submitted,

PARKERVISION, INC.

*/s/ Jason S. Charkow by permission Andrea L. Fair*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of Counsel:
Ronald M. Daignault* (*pro hac vice*)
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow* (*pro hac vice*)
Scott Samay* (*pro hac vice*)
Stephanie Mandir* (*pro hac vice*)
Austin J. Ciuffo* (*pro hac vice*)
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
aciuffo@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Blvd., Suite 450
Vienna, VA 22182
*Not admitted in Virginia

*Attorneys for Plaintiff ParkerVision, Inc.*

aa@rothfirm.com
ROTH & ABRAHAM LAW FIRM, PC
115 N. Wellington, Suite 200
Marshall, TX 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

Of Counsel:
Andrea Fair
Texas State Bar No. 24078488
andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Defendant Texas Instruments Incorporated*

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2026, the foregoing document was served on all counsel of record via CM/ECF.

/s/ *Andrea L. Fair*